✓#112  #128185

FILED
2009 DEC 21 PM 3:32
BANKRUPTCY U.S.
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re: ELLISON, KERRI A  
      ELLISON, LARRY D, JR

Case No. 09-31980

Judge Richard L. Speer

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Consultants of Lab Med of Greater Toledo | 3170 Central Ave<br>Toledo, OH 43606 | $1.43 |
| Toledo Surgical Specialist | 3103 Executive Pkwy<br>Ste 200<br>Toledo, OH 43606 | $3.43 |

Check for $4.86 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 12/17/09

cc:

Office of the U.S. Trustee