*✓# 109  # 128786*

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 AUG 25  PM 3: 21
CLERK. U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:  ELLISON, KERRI A
ELLISON, LARRY D, JR

Case No. 09-31980

Judge RICHARD L SPEER

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Consultants in Lab Medicine of Greater Toledo | 3170 Central Avenue<br>Toledo, OH  43606 | $1.48 |
| Toledo Surgical Specialist | 3103 Executive Pkwy Ste 200<br>Toledo, OH  43606 | $3.54 |

Check #109 for $5.02 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 8/20/10

cc:

Office of the U.S. Trustee